UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RICHARD KAPLAN, | : | |
| | : | Civil Action No. 13-3023 (JEI) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this <u>  24th  </u> day of <u>     July       </u>, 2013,

ORDERED that the Clerk of the Court shall amend the Docket to reflect that Petitioner is confined at the Federal Correctional Institution at Otisville, New York; and it is further

ORDERED that the Petition for writ of error coram nobis is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk shall docket in this action a copy of the Request for leave to amend the Petition, presently docketed as Docket Entry No. 25 in the related criminal action, <u>United States v. Kaplan</u>, Crim. No. 07-0329 (D.N.J.); and it is further

ORDERED that the Request for leave to amend the Petition is DENIED; and it is further

ORDERED that no certificate of appealability shall issue; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                                     s/ Joseph E. Irenas
                                                    Joseph E. Irenas
                                                    United States District Judge